UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. CV 17-06169-PSG (SHK) | Date: September 29, 2017 |
| Title: *Thomas Mason LaBarge v. Nancy B. Berryhill* | |

Present: The Honorable SHASHI H. KEWALRAMANI, U.S. MAGISTRATE JUDGE

| D. CASTELLANOS | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s): None Present

Attorney(s) Present for Defendant(s): None Present

**Proceedings (IN CHAMBERS):  ORDER TO SHOW CAUSE**

On August 19, 2017, Plaintiff filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security. Electronic Case Filing Number ("ECF No.") 1. On August 29, 2017 the Court issued its Case Management Order in which, plaintiff was ordered to file proofs of service within **thirty** (30) days after the filing of the complaint. ECF No. 9 at 1-2. The order warned plaintiff that failure to comply may result in dismissal of the case. Id. at 2. To date, the proofs of service have not been filed with the Court.

Accordingly, no later than **October 13, 2017,** Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute. Filing the proofs of service by October 13, 2017, shall be deemed compliant with this Order to Show Cause.

**IT IS SO ORDERED**