UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 17-06169-PSG (SHK)** | Date: | July 20, 2018 |

Title: *Thomas Mason LaBarge v. Nancy A. Berryhill*

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** ORDER TO SHOW CAUSE

     On August 19, 2017, Plaintiff filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security. Electronic Case Filing Number ("ECF No.") 1. On August 29, 2017 the Court issued its Case Management Order in which, plaintiff was ordered to file joint stipulation (ECF No. 9). On April 10, 2018 the Court granted Plaintiff's request for extension of time to provide Plaintiff's draft to the Assistant United States Attorney representing the Commissioner (ECF No. 22.).

     Accordingly, no later than **July 27, 2018,** Plaintiff is ordered to show cause in writing as to why this case should not be dismissed for failure to prosecute. Filing the Joint Stipulation by July 27, 2018 shall be deemed compliant with this Order to Show Cause.

**IT IS SO ORDERED**