1

2

3                                                 JS6

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10

11   T.L.,                                    Case No. CV 17-cv-06169-SHK

12                             Plaintiff,
13                                            **JUDGMENT**
                         v.
14
     NANCY A. BERRYHILL, Acting
15   Commissioner of Social Security,

16
                              Defendant.
17

18

19        It is the judgment of this Court that the Commissioner of Social Security's

20   decision is REVERSED and this case is REMANDED to the Social Security

21   Administration for further proceedings consistent with this Court's Order.

22

23   Dated: 10/31/2018

24                                         _____
                                           HONORABLE SHASHI H. KEWALRAMNI
25                                         United States Magistrate Judge

26

27

28