LISA C. GILINGER LAW OFFICES
LISA GILINGER
635 N. Aliso Street
Santa Barbara, California 93103-2557
Telephone Number: 805-568-5370
Fax number: 805-568-5149
E-mail: lisa@lisagilinger.com
Attorney for plaintiff

NICOLA T. HANNA
United States Attorney
DOROTHY K. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
JEAN M. TURK CSBN 131516
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8935; Facsimile:(415) 744-0134
E-Mail: Jean.Turk@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| THOMAS MASON LABARGE, | ) Case No.: CV 17-6169 SHK |
| Plaintiff, | ) |
| vs. | ) |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) |
| Defendant. | ) |

-1-

IT IS HEREBY ORDERED that Plaintiff be awarded fees under the Equal Access to Justice Act in the amount of $3,400.00 (three thousand four hundred dollars and no cents), pursuant to 28 U.S.C. §§ 1920, 2414(d).

EAJA fees having been awarded, the government will consider the matter of the assignment of EAJA fees to Plaintiff's attorney. Pursuant to <u>Ratliffe v. Astrue</u>, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment fees, to be made directly to LAW OFFICES OF LISA C. GILINGER, pursuant to the assignment executed by Plaintiff. Any payments shall be delivered to Plaintiff's counsel.

DATE: 1/2/2019

_____
SHASHI H. KEWALRAMANI
United States Magistrate Judge